AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

TE-MOAK TRIBE OF WESTERN
SHOSHONE OF NV, et al.,
       Plaintiff,
V.

UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.,
       Defendants,

CORTEZ GOLD MINES,
       Defendant-Intervenor.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:05-cv-00279-LRH-VPC**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that summary judgment is hereby entered in favor of Defendants and against Plaintiffs as to Plaintiffs' National Historic Preservation Act and Federal Land Policy and Management Act claims. IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiffs and against Defendants on Plaintiffs' National Environmental Policy Act claim.

  5/27/2011                                                               **LANCE S. WILSON**
                                                                                            Clerk

                                                                       /s/ P. McDonald
                                                                      Deputy Clerk